UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                             Case No. 2:14-mj-17
                                                 HON. TIMOTHY P. GREELEY

CHARLES LEE TURNER,

       Defendant.
_____/

## ORDER OF DETENTION

       Defendant appeared before the undersigned on May 16, 2014, for initial appearance on the criminal complaint charging Felon in Possession of a Firearm. The government requested the defendant be detained pending further proceedings, which was supported by a recommendation from pretrial services. Defendant will be given time to consult with his attorney and may request a detention hearing at a later date. Defendant shall be detained pending further proceedings.

       IT IS SO ORDERED.

                                                   /s/ Timothy P. Greeley
                                                   TIMOTHY P. GREELEY
                                                   UNITED STATES MAGISTRATE JUDGE

Dated:  May 16, 2014